UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

B.C.'S CORNER, LLC                                                                                          PLAINTIFF

V.                                                                     CIVIL ACTION NO. 5:25-CV-37-DCB-ASH

SCOTTSDALE INSURANCE COMPANY                                                        DEFENDANT

ORDER

On April 16, 2025, Plaintiff B.C.'s Corner, LLC, filed this lawsuit against Defendant Scottsdale Insurance Company alleging jurisdiction based on diversity of citizenship. Compl. [1] ¶ 3. On May 20, 2025, Scottsdale filed an answer [4]. Under Federal Rule of Civil Procedure 7.1 and Local Rule 7(c), a nongovernmental corporation must file with its initial pleading a Rule 7.1 disclosure statement. And effective December 1, 2022, *every* party or intervenor in a case in which jurisdiction is based on diversity must file a disclosure statement in accordance with Rule 7.1(a)(2). That disclosure statement

> must **name**—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor:
>
> (A) when the action is filed or removed to federal court, and
>
> (B) when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Fed. R. Civ. P. 7.1(a)(2) (emphasis added); *see MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 314 (5th Cir. 2019) ("'[A]llegations regarding the citizenship of a corporation must set out the principal place of business of the corporation as well as the state of its incorporation,' . . . [and] a party 'must specifically allege the citizenship of every member of every LLC.'" (first quoting *Neeley v. Banker Tr. Co. of Tex.*, 757 F.2d 621, 634 n.18 (5th Cir.

1

1985), then quoting *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017))).

In this case, neither B.C.'s Corner nor Scottsdale has filed a Rule 7.1 disclosure statement. The Court therefore orders both parties to each file a complete Rule 7.1 disclosure statement within 7 days of this Order.

**SO ORDERED AND ADJUDGED** this the 21st day of May, 2025.

                                      s/ *Andrew S. Harris*
                                      UNITED STATES MAGISTRATE JUDGE